UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No.: 10-807 (WHW) |
| vs. | : | |
| NATONYA HUFF, | : | **CONSENT ORDER** |
| | : | **MODIFYING BAIL CONDITIONS** |
| Defendant. | : | **OF NATONYA HUFF** |

**THIS MATTER** having come before the Court on the application of Stacy A. Biancamano, attorney for defendant Natonya Huff, for an Order modifying Ms. Huff's bail conditions to remove the requirement that she be subject to electronic monitoring; and A.U.S.A. Sharon Ashe having consented to the same; and Pretrial Services Officer Jennifer Pace having no objection to the foregoing application; and for good cause shown,

**IT IS** on this _28_ day of _January 2011_

**ORDERED** that the bail conditions for defendant Natonya Huff be modified to remove the condition of electronic monitoring from her bail; and it is further

**ORDERED** that all other conditions of Ms. Huff's bail shall remain in place.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge