UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No.: 10-4040 (CCC) |
| vs. | |
| NATONYA HUFF, | ORDER FOR MODIFICATION |
| Defendant. | CONDITIONS OF BAIL |

**THIS MATTER** having come before the Court on the application of defendant Natonya Huff (by Stacy a. Biancamano, Arleo, Donohue & Biancamano, L.L.C.) for modification of the conditions of defendant's bail, and the United States (by Sharon Ashe, Assistant United States Attorney) consenting to the entry of the Order; and United States Pretrial Services Officer (by Adrienne Smith) having no objection: and for good cause shown;

**IT IS** on this ____ day of May, 2012;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

1. Natonya Huff travel is no longer restricted to New York and New Jersey. She shall be permitted to travel within the United States with permission of pretrial.

2. Should she travel out of the tri-state area, she shall provide an itinerary to pretrial in advance of said travel.

3. All other conditions of defendant's bail shall remain in full force and effect.

_____
Honorable Patty Shwartz, U.S.M.J.